# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAUFFMAN, *individually and on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL HOME MORTGAGE, LLC,<br><br>Defendant. | Case No. 22-cv-1940-MMA (DDL)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 10] |

On January 30, 2023, Plaintiff David Kauffman and Defendant Capital Home Mortgage, LLC filed a joint motion to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion, **DISMISSES** Plaintiff's individual claims without prejudice, and **DISMISSES** the putative class claims without prejudice. Each party shall bear its own costs and attorneys' fees. The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and hearings and close this case.

**IT IS SO ORDERED**.

Dated: January 30, 2023

HON. MICHAEL M. ANELLO
United States District Judge